## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-cv-01464 WYD-CBS

David Holte,

      Plaintiff/Movant,

Williams & Fudge, Inc.; and DOES 1-10,
inclusive,

      Defendants.

---

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
## DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

---

David Holte ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: September 23, 2011

Respectfully submitted,
By __ /s/ Lark Fogel_____
Lark Fogel, Esq.
Bar Number: 030383
P.O. Box # 2486
Elizabeth, Colorado 80107
Tel.: (303) 596-4838
larklaw@gmail.com
Attorneys for Plaintiff

Of Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424

## CERTIFICATE OF SERVICE

        I hereby certify that on September 23, 2011, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** was emailed and deposited in the United States mail, postage prepaid, addressed to the following:

E-Mail:

By /s/ Lark Fogel

Lark Fogel, Esq.